[No. 18666-3-I.   Division One.   January 4, 1988.]

*In the Matter of the Marriage of* SALLY ANN STEPHENSON,
*Respondent, and* BRUCE DAVID HOVEY,
*Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 105715, Paul D. Hansen, J., entered May 23, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Pekelis, J., concurred in by Coleman, J., Ringold, A.C.J., dissenting.

[No. 18667-1-I.   Division One.   January 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY DAVIS
HARRISON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-02662-1, Robert E. Dixon, J., entered June 17, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Webster, J.

[No. 20655-9-I.   Division One.   January 4, 1988.]

LARRY C. LEONARDSON, *as Guardian ad Litem,* ET AL,
*Appellants,* v. GROUP HEALTH COOPERATIVE
OF PUGET SOUND, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-13930-9, James J. Dore, J., entered August 5, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Webster, J.